

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **WILLIAM HOLLON,** *Plaintiff*, | § § § § § § § § § § | **CIVIL ACTION NO. 9:04-CV-183** |
| **v.** | | |
| **LOUISIANA PACIFIC CORP.,** *Defendant.* | | |

### FINAL JUDGMENT

The Court, having considered the issues presented in this civil action and granted summary judgment in favor of Defendant, Louisiana Pacific Corp., hereby **ORDERS, ADJUDGES** and **DECREES** that this cause is dismissed with prejudice and judgment is entered accordingly. This constitutes the entry of judgment pursuant to Federal Rules of Civil Procedure 58 and 59. All pending matters not previously ruled upon are denied as **MOOT** and this matter shall be closed.

**SO ORDERED**.

**SIGNED** this the **14** day of **June, 2005.**

_____
Thad Heartfield
United States District Judge